UNITED STATES of America, Plaintiff–Appellee,

v.

Maurice MAXWELL, Defendant–Appellant.

No. 12–1809.

United States Court of Appeals, Seventh Circuit.

Argued April 19, 2013.

Decided Aug. 15, 2013.

Elizabeth Altman, Office of the United States Attorney, Madison, WI, for Plaintiff–Appellee.

Sarah O'Rourke Schrup, Northwestern University School of Law, Chicago, IL, for Defendant–Appellant.

Before FRANK H. EASTERBROOK, Chief Judge RICHARD A. POSNER, Circuit Judge and ANN CLAIRE WILLIAMS, Circuit Judge.

## ORDER

On July 19, 2013, this court ordered a limited remand under the procedure set forth in *United States v. Paladino,* 401 F.3d 471, 483–84 (7th Cir.2005), so that the district court could state on the record whether the sentence remains appropriate now that *Dorsey v. United States,* —— U.S. ——, 132 S.Ct. 2321, 2335–36, 183 L.Ed.2d 250 (2012) has confirmed that the lower mandatory minimums under the Fair Sen-

tencing Act (FSA) apply to all defendants sentenced after August 3, 2010. *See United States v. Maxwell*, 724 F.3d 724, 2013 WL 3766519 (7th Cir. July 19, 2013).

The district judge has replied he cannot conclude that he would have imposed the same sentence at the time of Maxwell's original sentencing had he known that the FSA applied. Specifically, Judge Conley states that Maxwell's revised Sentencing Guidelines range under the FSA "would play some role in arriving at an appropriate sentence on remand." Accordingly, pursuant to *Paladino*, we VACATE Maxwell's sentence and REMAND to the district court for resentencing.